UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHARI CLARK,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-00231-JTN-RSK |
| | ) | |
| **LJS OPCO ONE, LLC,** a Foreign Limited Liability Company, and **GARY SLOAN,** An individual, jointly and severally, | ) ) ) ) | |
| | ) | |
|     **Defendants.** | ) | |

| | |
|---|---|
| Robert Anthony Alvarez (P66954)<br>**AVANTI LAW GROUP**<br>Attorney for Plaintiff<br>600 28th St. SW<br>Wyoming, MI 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | Jessica D. Causgrove<br>Franklin Z. Wolf<br>Scott C. Fanning<br>**FISHER & PHILLIPS LLP**<br>Attorneys for Defendant<br>10 S. Wacker Dr., Ste. 3450<br>Chicago, IL 60606<br>(312) 346-8061<br>fwolf@fisherphillips.com<br>jcausgrove@fisherphillips.com<br>sfanning@fisherphillips.com |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Shari Clark and Defendants LJS Opco One, LLC and Gary Sloan, in their individual capacity, by and through their attorneys in this regard, provide their Joint Notice of Settlement, and in support thereof state as follows:

1. The parties have reached an agreement as to the resolution of this ENTIRE litigation.

2. The parties are in the process of executing the Settlement Agreement and anticipate completing the same and distributing the settlement monies within the next thirty (30) days.

3. The parties anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety.

WHEREFORE, the parties provide their Joint Notice of the Settlement in this matter, and

FP 42868640.1

respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety and as to all parties.

Dated: January 20, 2022

| | |
|---|---|
| /s/ Robert Anthony Alvarez (with consent) <br> Robert Anthony Alvarez (P66954) <br> **AVANTI LAW GROUP** <br> Attorney for Plaintiff <br> 600 28th St. SW <br> Wyoming, MI 49509 <br> (616) 257-6807 <br> ralvarez@avantilaw.com <br><br> *Attorney for Plaintiff* <br> Shari Clark | /s/ Jessica D. Causgrove <br> Jessica D. Causgrove <br> Franklin Z. Wolf <br> Scott C. Fanning <br> **FISHER & PHILLIPS LLP** <br> Attorneys for Defendant <br> 10 S. Wacker Dr., Ste. 3450 <br> Chicago, IL 60606 <br> (312) 346-8061 <br> fwolf@fisherphillips.com <br> jcausgrove@fisherphillips.com <br> sfanning@fisherphillips.com <br><br> *Attorneys for Defendants* <br> LJS Opco One, LLC and Gary Sloan |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 20, 2022, I electronically filed the foregoing JOINT NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jessica D. Causgrove*

Jessica D. Causgrove