UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARI CLARK,

    Plaintiff,

v.

LJS OPCO ONE, LLC, et al.,

    Defendants.
_____/

Case No. 1:21-cv-231

HON. JANET T. NEFF

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal With Prejudice (ECF No. 25) filed on January 31, 2022,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** as to all parties and without costs or attorney's fees.

Dated: February 1, 2022

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge